### 29471. SHIPP v. GEORGIA POWER COMPANY.

STEPHENS, P. J. The Supreme Court, in *Georgia Power Company* v. *Shipp,* 195 *Ga.* 446 (24 S. E. 2d, 764), having reversed the judgment of this court in *Shipp* v. *Georgia Power Company,* reversing the judgment of the superior court of Fulton County granting a nonsuit, and having re-

versed the rulings in the opinion of this court in that case (*Shipp* v. *Georgia Power Company*, 67 *Ga. App.* 867, 21 S. E. 2d, 458), and ruled that the trial court did not err in granting a nonsuit, the former judgment of this court of reversal is hereby vacated, and the judgment of the superior court granting a nonsuit is hereby affirmed.

*Judgment affirmed. · Sutton and Felton, JJ., concur.*

DECIDED APRIL 22, 1943.

*Walter A. Sims, Ralph G. Sims,* for plaintiff.

*MacDougald, Troutman & Arkwright, William H. Schroder,* for defendant.